**Ricardo Antione KING, a/k/a Riccardo A. King, Plaintiff–Appellant,**

v.

**Susan Ann KESSLER, Defendant–Appellee.**

**No. 14–7736.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Ricardo Antione King, Appellant Pro Se.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Antione King appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See King v. Kessler,* No. 3:13–cv–00675–JAG (E.D.Va. Oct. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*